20cr284 ECT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION |
| Plaintiff, | 18 U.S.C. § 1163 |
| v. | |
| JENNIFER LYNN BOUTTO, | |
| Defendant. | |

RECEIVED
DEC 14 2020
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Embezzlement and Theft from Indian Tribal Organization)

Between on or about June 8, 2013, and October 16, 2019, in the State and District of Minnesota, the defendant,

**JENNIFER LYNN BOUTTO,**

being an employee of the Fortune Bay Resort Casino—owned and operated by the Bois Forte Band of Chippewa, a tribal organization—did embezzle and willfully and knowingly steal $315,739.87 of moneys, funds, and credits belonging to the Fortune Bay Resort Casino and the Bois Forte Band of Chippewa, all in violation of Title 18, United States Code, Section 1163.

Dated:  December 14, 2020

ERICA H. MACDONALD
United States Attorney

*/s/ Jordan L. Sing*

BY: JORDAN L. SING
Assistant United States Attorney
Attorney ID: 393084

SCANNED
DEC 14 2020
U.S. DISTRICT COURT MPLS