# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE, ARRAIGNMENT AND PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER LYNN BOUTTO,<br><br>Defendant. | **COURT MINUTES – CRIMINAL**<br>BEFORE: Eric C. Tostrud<br>U.S. District Judge<br><br>Case No:  20-cr-284 ECT<br>Date:  March 9, 2021<br>Court Reporter:  Tim Willette<br>Courthouse:  St. Paul<br>Courtroom:  Video<br>Time Commenced:  9:03 a.m.<br>Time Concluded:  9:50 a.m.<br>Time in Court:   47 Minutes |

**APPEARANCES:**
Plaintiff: Jordan Sing, Assistant United States Attorney
Defendant: Shannon Elkins, Assistant Federal Defender
☒ FPD, ☐ CJA, ☐ Retained, ☐ Appointed

**PROCEEDINGS:**
☒ Initial Appearance and Arraignment:
    Date Charges Filed:  December 14, 2020
    Offense:  18:1163 Embezzlement And Theft From Indian Tribal Organization
☒ Waived Reading of Charges
☒ Advised of Rights
☒ Waiver of Indictment on ☒ Information.  See separate waiver.

☒ **Plea Hearing**
☒ PLEA:
    ☒ Guilty as to Count 1 of Information.
    ☒ Defendant admits allegations in the Information.
☒ Presentence Investigation and Report requested.
☒ Released on Personal Recognizance Bond.

s/ R. Morton
Courtroom Deputy