Waiver of Indictment                                                                    Cr. Form No. 18

# United States District Court
## FOR THE
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 20-cr-284 (ECT) |
| ) | |
| JENNIFER LYNN BOUTTO, ) | |
| ) | |

I, Jennifer Lynn Boutto, the above-named defendant, who is accused of embezzlement and theft from Indian tribal organization, in violation of Title 18, United States Code, Section 1163, and having been advised of the nature of the charge and my rights, hereby waives prosecution by indictment and consents to being charged by the filing of a criminal information.

Date: 3.4.2021

JENNIFER LYNN BOUTTO, Defendant

Date: 3/5/2021

SHANNON ELKINS, Defense Counsel

Date: 3/5/2021

JORDAN L. SING, Witness