UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 20-cr-284 (ECT) |
| Plaintiff, | |
| v. | **ORDER** |
| Jennifer Lynn Boutto, | |
| Defendant. | |

---

The Parties have jointly filed a motion to extend the deadline to file sentencing position pleadings until "two weeks prior to the sentencing hearing." ECF No. 24. Those position pleadings are currently due on May 21, 2021, and a sentencing date has not been set. The Parties say that an extension will allow them "to present the most up-to-date information and recommendations to the Court regarding sentencing in this matter." *Id.* Accordingly,

**IT IS ORDERED THAT** that the Parties' Joint Motion to Extend Time to File Position Pleadings [ECF No. 24] is **GRANTED**. The Parties shall file their position pleadings at least two weeks before the sentencing hearing.

Date: May 17, 2021                s/ Eric C. Tostrud
                                  Eric C. Tostrud
                                  United States District Court