UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | Criminal No. 20-284 (ECT) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION TO SEAL** |
| | ) | **DOCUMENT** |
| Jennifer Lynn Boutto, | ) | |
| | ) | |
| Defendant. | ) | |

Jennifer Boutto, by and through undersigned counsel, hereby moves the Court for an Order sealing a specific document in the above-referenced matter.

This Motion is based upon the records and proceedings in this matter.

Dated: September 9, 2021

Respectfully submitted,

*s/ Shannon Elkins*

SHANNON ELKINS
Attorney ID No. 332161
Attorney for Ms. Boutto
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415