# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING HEARING

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER LYNN BOUTTO,<br><br>Defendant. | COURT MINUTES<br>BEFORE: Hon. Eric C. Tostrud<br>United States District Judge<br><br>Case No.: 20-CR-284(1) (ECT)<br>Date: October 18, 2021<br>Court Reporter: Tim Willette<br>Courthouse: St. Paul<br>Courtroom: 3B<br>Time in Court: 2:04 p.m. – 2:49 p.m.<br>Total Time: 45 minutes |
|---|---|

**APPEARANCES:**

   For Plaintiff:   Jordan Sing, Assistant United States Attorney
   For Defendant:   Shannon Elkins ☒ FPD, ☐ CJA, ☐ Retained, ☐ Appointed

Interpreter/Language:   None / English

☒ Sentencing

**IT IS ORDERED:**

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 8 months | | 1 year | | |

☒ Special Conditions of:   *See J&C for special conditions.*

☒ Defendant sentenced to pay:
      ☒ Special assessment in the amount of $100.00
      ☒ Restitution in the amount of $315,739.87
☐ Count(s) __ and __ is/are dismissed on motion of the United States.
☐ Defendant remanded to the custody of the U.S. Marshal.
☐ Defendant allowed to voluntarily surrender.
☒ Defendant released pending voluntary surrender on the same terms and conditions as previously ordered.
☒ Docket No. 28 shall be unsealed.

                                                                       <u>s/ R. Morton</u>
                                                                       Courtroom Deputy