UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 20-cr-284 (ECT) |
| Plaintiff, | |
| v. | **ORDER** |
| Jennifer Lynn Boutto, | |
| Defendant. | |

---

Defendant Jennifer Lynn Boutto has filed a motion to extend her self-surrender date. ECF No. 42. Boutto was sentenced on October 18, 2021. ECF No. 37. At sentencing, Boutto asked for an extended amount of time to surrender and, without objection from the Government, she was ordered to surrender to the United States Marshal on December 16. ECF Nos. 39, 41. She now seeks to extend her surrender date to January 27, 2022. ECF No. 42. The Government opposes the request. ECF No. 44. The reasons underlying Boutto's current motion are essentially the same as those that allowed her additional time to surrender in the first place. Accordingly, **IT IS ORDERED** that Boutto's Motion to Extend Self Surrender Date [ECF No. 42] is **DENIED**.

Dated: December 13, 2021              s/ Eric C. Tostrud
                                      Eric C. Tostrud
                                      United States District Court